IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROY SHIRES,
    Plaintiff,

vs.                                Case No. 3:12cv253/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

        This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 18, 2012 (doc. 5).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

        Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

        2.    This case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 31st day of July, 2012.

                                                      s/*L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**